**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

So Ordered,
/s/(ARR)
ALLYNE R. ROSS, U.S.D.J.
5/18/21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARION KILER, individually and as the
representative of a class of similarly situated persons,

                            Plaintiff,

- against -

KENCKO FOODS, INC.,

                            Defendants.
-----------------------------------------------------------X

Case No. 1:21-cv-1752-ARR-CLP

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Kencko Foods, Inc. No Answer has been filed in this case.

Dated: Scarsdale, New York
       May 17, 2021

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                               By: */s/Dan Shaked*
                                  Dan Shaked, Esq.
                                  14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  Fax (718) 704-7555
                                  e-mail: ShakedLawGroup@Gmail.com